| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Rodriguez, Xavier | 2. Court or Organization<br><br>Western District of Texas | 3. Date of Report<br><br>5/6/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>655 E. Cesar E. Chavez Blvd.<br>San Antonio, Texas 78206 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Bar Association, San Antonio Chapter |
| 2. | Regent | Texas Lutheran University |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rodriguez, Xavier** | 5/6/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | St. Mary's Univ. School of Law - teaching | $28,440.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Judson I.S.D. - Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | January 8, 2019 | Austin, Texas | Deliver CLE speech | mileage, parking |
| 2. | Sedona Conference | January 13-15, 2019 | Tampa, FL | Deliver CLE presentations | airfare. taxi, meals |
| 3. | Relativity ODA | January 28 - 31, 2019 | New York, NY | Deliver CLE presentations | Taxi, airport parking |
| 4. | DRI | February 6-7, 2019 | Austin, Texas | Deliver CLE presentation | mileage, parking, meals |
| 5. | Arizona State Univ. | March 6-8, 2019 | Phoenix, AZ | Deliver CLE presentations | airfare, meals, taxi |
| 6. | State Bar of Texas | March 29, 2019 | Austin, TX | Attend State Bar Committee meeting | mileage, meal, parking |
| 7. | Univ. of Missouri | April 4-5, 2019 | Kansas City, MO | Deliver CLE speech | airfare, taxi, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rodriguez, Xavier** | 5/6/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | State Bar of Texas | April 8-10, 2019 | New Orleans, LA | Attend State Bar Section meeting | airfare, hotel, taxi |
| 9. | State Bar of Texas | May 16, 2019 | Austin, Texas | Attend State Bar meeting | mileage, parking, meals |
| 10. | Electronic Discovery Institute | June 5-7, 2019 | Columbus, Ohio | Deliver CLE presentation | airfare, rental car, meals |
| 11. | State Bar of Texas | June 11-15, 2019 | Austin, TX | Attend State Bar Board meeting | mileage, hotel, meals |
| 12. | American Law Institute | July 24-27, 2019June 20-22, 2018 | Santa Fe, NMHouston, TX | Deliver CLE presentations | airfare, hotel, meals |
| 13. | State Bar of Texas | July 29, 2019 | Austin, TX | Attend State Bar meeting | mileage, parking |
| 14. | State Bar of Texas | August 2-4, 2019 | Daisy, AR | Attend State Bar Section meeting | airfare, car rental, meal |
| 15. | State Bar of Texas | August 9, 2019 | Austin, TX | Attend State Bar CLE planning meeting | mileage, parking |
| 16. | State Bar of Texas | September 12-14, 2019 | Bachelor Gulph, CO | Attend State Bar Section meeting | airfare, taxi, hotel |
| 17. | Georgetown Univ. | November 20-22, 2019 | Washington, DC | Deliver CLE speech | airfare, taxi, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 5/6/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rodriguez, Xavier** | 5/6/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fidelity IRA Baron Growth | A | Dividend | L | T | | | | | |
| 2. Fidelity IRA Low Priced Stock | A | Dividend | M | T | | | | | |
| 3. Fidelity IRA Puritan | A | Dividend | M | T | | | | | |
| 4. Frost National Bank Market Index | A | Interest | K | T | | | | | |
| 5. Frost National Bank | A | Interest | J | T | | | | | |
| 6. American Balanced Fund | A | Dividend | L | T | | | | | |
| 7. American Balanced Fund - 529 | A | Dividend | K | T | | | | | |
| 8. Fidelity IRA FBALX | A | Dividend | K | T | | | | | |
| 9. Fidelity IRA Int'l Discovery | A | Dividend | K | T | | | | | |
| 10. Fidelity IRA Contrafund | A | Dividend | M | T | | | | | |
| 11. Fidelity IRA Emerging Markets | A | Dividend | J | T | | | | | |
| 12. Teacher Retirement System of Texas | A | Dividend | L | T | | | | | |
| 13. Firstmark | A | Interest | J | T | | | | | |
| 14. Royalty Interest, Lavaca County, Texas | A | Royalty | J | T | | | | | |
| 15. Fidelity IRA Strategic Income | A | Dividend | L | T | | | | | |
| 16. Fidelity Yacktman Focused | A | Dividend | M | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rodriguez, Xavier** | 5/6/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 5/6/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Xavier Rodriguez**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544